


# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Juan Angel Salinas

Defendant.

Case No.: 2:20-MJ-08927

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the S.D. Cal., for alleged violation(s) of the terms and conditions of his/~~her [probation]~~ [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unstable housing, lack of viable surety, substance abuse, instant allegations of absconding

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on substance abuse, criminal history including violence, gang affiliation

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 8/24/23

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE